IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 3:03cr86

ANDRE PLAYER,

JUDGE WALTER HERBERT RICE

    Defendant.

---

ENTRY ORDERING RELEASE OF DEFENDANT, PENDING FINAL
DISPOSITION HEARING ON SEPTEMBER 20, 2012

---

Pursuant to the record made in open Court on September 13, 2012, the Defendant was ordered to be released from the Montgomery County Jail at 10:00 a.m. on Friday, September 14, 2012, pending the final disposition of his supervised release revocation matter, set for September 20, 2012, at 4:00 p.m.

September 18, 2012

    WALTER HERBERT RICE
    UNITED STATES DISTRICT JUDGE

Copies to:

Laura Clemmens, AUSA
Arthur Mullins, Esq.
United States Marshals
Greg Freson, US Probation Officer