IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

ANDRE LAMAR PLAYER,

      Defendant.

:

:

:

:

Case No. 3:03-cr-86

JUDGE WALTER H. RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF
SUPERVISED RELEASE, BUT DECLINING TO REVOKE SAME;
DEFENDANT REINSTATED TO SUPERVISED RELEASE, SUBJECT TO
CERTAIN CONDITIONS; RIGHT OF APPEAL EXPLAINED AND
UNDERSTOOD; TERMINATION ENTRY

---

On September 20th, 2012, the Defendant, having previously been found in violation of his

supervised release, a status which began August 16th, 2011, appeared in open court for final

disposition.

Pursuant to the record made on the aforesaid September 20th, 2012, although finding the

Defendant in violation of his supervised release, the Court declined to revoke same. Rather, the

Defendant was reinstated to supervised release, subject to his complying with all the previously

undischarged conditions of that status, as well as contacting and working with the Montgomery

County Office of Ex-Offender Reentry. Further, Defendant is to fully comply with the

supervision plan (attached) entered into between himself, his attorney, and the probation

department.

Following the above, the Defendant was orally explained his right of appeal, and he

indicated an understanding of same.

The captioned matter is ordered terminated on the docket records of the United States

District Court, Southern Division at Dayton.

_(signature)_

November 30, 2012

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Attachment:  Supervision Plan

Copies to:

Laura I. Clemmens, Esq.
F. Arthur Mullins, Esq.
Gregory R. Freson, U.S. Probation Officer